**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Mark P Andrews | ) | Case no. 19-20772 |
| Sueann Andrews | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Judge:  Pamela S. Hollis |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Mark P Andrews
Sueann Andrews
1312 Elizabeth St.
Apt. 1
Joliet, IL  60435

David M Siegel
790 Chaddick Dr
Wheeling, IL 60090

Please take notice that on Friday, September 6, 2019 at 10:30 am, a representative of this office shall appear before the Honorable Judge Pamela S. Hollis at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Wednesday, August 28, 2019.

/s/ Heather Barnette

For:  Glenn Stearns, Trustee

---

**OBJECTION TO DISCHARGE UNDER § 1328 (f)**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests that the discharge of the above referenced Debtors be denied and in support thereof, states the following:

1. On July 24, 2019, the debtors filed a petition under Chapter 13.
2. The Debtors received a Chapter 7 discharge in Case Number 16-04935 filed on May 23, 2016
3. The Debtors Are not entitled to a discharge under § 1328(f) because the Debtors received a Chapter 7 discharge in a case filed within 4 years of the filing of the present case..

WHEREFORE, the Trustee prays that the discharge for the above referenced debtors be denied.

Respectfully Submitted;

/s/  Gerald Mylander

For:  Glenn Stearns, Trustee

Glenn Stearns, Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888