UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 19-20772
Mark P Andrews )
 ) Chapter: 13
 ) Honorable Pamela S. Hollis
Sueann Andrews )
 )
Debtor(s) )

## ORDER DENYING DISCHARGE

This matter coming on the Trustee's Objection to Discharge proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1) The discharge of the above referenced debtor(s) for this bankruptcy case is denied.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: September 06, 2019

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)