UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Mark & Sueann Andrews<br><br>Debtor(s) | BK No.: 19-20772<br><br>Chapter: 13<br>Honorable LaShonda Hunt<br>Joliet |

## ORDER GRANTING MOTION TO INCUR DEBT

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

The Debtors are granted leave to obtain financing for a mortgage in the amount of up to $189,504.00, with financing of an annual fixed percentage rate of up to 3.5%, with monthly payments of up to $1,528.00 per month.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: July 30, 2021

**Prepared by:**

Alexander Preber. ARDC #6324520
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
Apreber@davidmsiegel.com